Frances BERRY, Plaintiff—Appellant,

v.

Larry G. MASSANARI, Commissioner of Social Security, Defendant—Appellee.

No. 04–1572.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 13, 2004.

Decided Aug. 23, 2004.

Frances Berry, Appellant pro se. John Berkley Grimball, II, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Frances Berry appeals the district court's order accepting the magistrate judge's recommendation to affirm the Social Security Administration Commissioner's denial of disability benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Berry v. Massanari,* No. CA–01–3137–8–12 (D.S.C. Mar. 24, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*